IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>        Plaintiff,<br><br>    v.<br><br>TSA STORES, INC., d/b/a<br>SPORTSMART #665, et al.,<br><br>        Defendants. | 2:05-cv-1356-GEB-DAD<br><br><br>ORDER |

        In light of the parties' stipulation filed on March 17, 2006, that Plaintiff be allowed to amend his complaint to name Roseville Square Partners, LTD, and Gianulias Property Management as defendants, Plaintiff has ten (10) days from the date this order is filed within which to file this amendment.

        IT IS SO ORDERED.

Dated:  March 23, 2006

                            /s/ Garland E. Burrell, Jr.
                            GARLAND E. BURRELL, JR.
                            United States District Judge