1  LYNN HUBBARD, III, SBN 69773
2  SCOTTLYNN J HUBBARD, IV, SBN 212970
   **LAW OFFICES OF LYNN HUBBARD**
3  12 WILLIAMSBURG LANE
   CHICO, CA. 95926
4  (530) 895-3252

5  Attorney for Plaintiff
   JAMES SANFORD

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>    Plaintiff,<br><br>    vs.<br><br>TSA STORES INC. dba SPORTSMART #665; SPORTSMART INC.; ROSEVILLE SQUARE PARTNERS, LTC; GIANULIAS PROPERTY MANAGEMENT,<br><br>    Defendants. | Case No. CIV.S 05-1356 GEB DAD<br><br>**Request for Dismissal and [Proposed] Order of Roseville Square Partners, LTD** |

*Sanford v. Sportsmart, et al.* **CIV.S 05-1356 GEB DAD**
**Request for Dismissal and [Proposed] Order Thereon**
*Page 1 of 2*

PDF created with pdfFactory trial version www.pdffactory.com

1  TO THE COURT AND ALL PARTIES:

2      Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, James Sanford, hereby
3  requests that the above-captioned action be dismissed without prejudice **as to**
4  **defendant Roseville Square Partners, LTD ONLY**, and that each party
5  shall bear its own attorneys' fees and costs.

6      Nothing in this Request for Dismissal shall be construed to affect
7  plaintiff's complaint and claims in the above captioned case against
8  defendants other than defendant **Roseville Square Partners, LTD**.

10  Dated: May 19, 2006        LAW OFFICES OF LYNN HUBBARD

12      /s/   Lynn Hubbard, III
13  LYNN HUBBARD, III

16  IT IS SO ORDERED.

18  DATED:  May 22, 2006

19      /s/ Garland E. Burrell, Jr.
20  GARLAND E. BURRELL, JR.
21  United States District Judge

*Sanford v. Sportsmart, et al.* **CIV.S 05-1356 GEB DAD**
**Request for Dismissal and [Proposed] Order Thereon**
*Page 2 of 2*

PDF created with pdfFactory trial version www.pdffactory.com